**E-FILED**
Monday, 29 August, 2016  03:28:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ANTHONY L. BLISSIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16-2155 |
| | ) | |
| #7124 COWAN, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER AND AFFIRMATIVE DEFENSE

NOW COMES the Defendant, Champaign Police Officer William J. Cowan, and in answer to the complaint, states as follows:

1.     Defendant admits that on January 1, 2016, he and other police officers assisted in the arrest of Plaintiff.

2.     Defendant admits that at the time of the arrest, there was an outstanding warrant for violation of order of protection against Plaintiff.

3.     The encounter began as a dispute between Plaintiff and his mother regarding a lost or stolen debit card.

4.     Defendant offered to drive Plaintiff from the area of his mother's residence to his brother's residence some distance away.

5.     While initiating the transfer, Defendant learned of the existence of the warrant.

6.     When Plaintiff was advised of the warrant and that he would be placed under arrest, he attempted to flee.

7.     Defendant admits that Plaintiff repeatedly said he would not go to jail, and attempted to flee.

8.     After Defendant gave chase, Plaintiff turned and confronted Defendant.  A struggle ensued where both parties fell to the pavement.

9.     Defendant admits that after Plaintiff attempted to seize Defendant's weapon, Defendant struck Plaintiff with his ASP.

10.     After receiving some assistance from another police officer, Defendant was able to secure Plaintiff in handcuffs.

11.     Defendant admits that Plaintiff suffered some injury during the struggle, but denies that any of those injuries were caused by Defendant's use of force.

WHEREFORE, the Defendant prays that Plaintiff's complaint be dismissed with prejudice and for costs.


## **AFFIRMATIVE DEFENSE**

1.     As an affirmative defense to this matter, Defendant states that his use of force was reasonable under the totality of the circumstances such that Defendant did not violate Plaintiff's Fourth Amendment rights.  Thus, he is entitled to qualified immunity.

2.     The Defendant's use of his ASP under the totality of the circumstances did not violate a clearly established constitutional right.

WHEREFORE, Defendant prays that the complaint be dismissed with prejudice and for costs.

Respectfully submitted,
CHAMPAIGN POLICE OFFICER WILLIAM J. COWAN

BY:    THOMAS, MAMER & HAUGHEY, LLP
        s/ David E. Krchak
BY:    _____
        David E. Krchak, Bar No. 3127316
        THOMAS, MAMER & HAUGHEY, LLP
        30 Main St., Suite 500
        P.O. Box 560
        Champaign, IL  61824-0560
        Phone: (217) 351-1500
        Fax:    (217) 351-2169
        krchak@tmh-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Anthony L. Blissit
R44496
Illinois River Correctional Center
1300 W. Locust
P.O. Box 999
Canton, IL  61520

s/ David E. Krchak

_____
David E. Krchak, Bar No. 3127316
THOMAS, MAMER & HAUGHEY, LLP
30 Main St., Suite 500
P.O. Box 560
Champaign, IL  61824-0560
Phone: (217) 351-1500
Fax:    (217) 351-2169
krchak@tmh-law.com