E-FILED
Monday, 13 March, 2017 01:12:30 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 13 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony Blissit )
)
V )
) NO. 16 CV 02155
William Cowan )
)

Assigned to honorable chief judge james E Shadid    Motion

Plaintiff, Pro se Anthony Blissit Moves to reopen on March 9 or before 4-5-2017

On March 1 Plaintiff Anthony Blissit and defendant William Cowan with counsel David Krchak went into pre settlement and try'd to reach an settlement which i will no longer be accepting after consultin with several civil attorneys

/s/ Anthony B [signature]
R44496

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

[signature]
3-9-17

Anthony Bliss-Ryuuqb
IRCC
1300 W Locust
P.O. Box 999
Canton, IL 61520

United States District Court
Central District of Illinois
Office of the Clerk
Room 309
Federal Building
100 N.E Monroe
Peoria, Illinois 61602